## Criminal Complaint Affidavit for Vidal Ricardo MURILLO-Zuniga

Affiant, Special Agent Erin R. Huffines, Homeland Security Investigation (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since July 2007 and I am presently assigned to the Office of the Assistant Special Agent in Charge, Louisville, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to these types of investigations.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### STATEMENT OF PROBABLE CAUSE

4. On January 22, 2025, subject Vidal Ricardo MURILLO-Zuniga was arrested by the Nelson County Sheriff's Office in Nelson, County Kentucky for Theft of Identity of Another Without Consent.

5. On January 22, 2025, ICE was contacted by the Nelson County Jail in Bardstown, Kentucky, located at 810 Stephen Foster Ave, Bardstown, Kentucky. ICE Supervisory Detention and Deportation Officer (SDDO) Jake Phelps received information of MURILLO's arrest and

previous encounters. MURILLO's fingerprints were submitted through Alien Criminal Response Information Management System (ACRIME) and the subject's identification was confirmed as Vidal Ricardo MURILLO-Zuniga; a Honduran citizen with Alien Registration Number 206 509 894 and FBI number 589228VD4. ACRIME is a web-based system that holds the immigration status of any individual arrested by immigration authorities and contains biometric data including fingerprints. ACRIME also tracks a subject's FBI number and criminal history. Record checks indicate MURILLO was removed from the United States on May 29, 2013. SDDO Phelps subsequently lodged an immigration detainer.

6. On December 1, 2024, MURILLO was arrested by the Bardstown Kentucky Police Department for Public Intoxication as "Fabricio Rangel." On January 7, 2025, the Nelson County District Court (NCDC) convicted him of the charge in legal proceedings, Case No. 24-M-00626. At the time of the arrest, MURILLO's fingerprints were submitted through ACRIME and the subject's identification was confirmed as MURILLO; a Honduran citizen with Alien Registration Number 206 509 894 and FBI number 589228VD4.

7. On December 5, 2024, the Nelson County, KY Sheriff's Office arrested MURILLO for Public Intoxication as "Fabricio Rangel." On January 7, 2025, the Nelson County District Court (NCDC) convicted him of the charge in legal proceedings, Case No. 24-M-00647. Again, at the time of the arrest, MURILLO's fingerprints were submitted through ACRIME, and the subject's identification was confirmed as Vidal Ricardo MURILLO-Zuniga; a Honduran citizen with Alien Registration Number 206 509 894 and FBI number 589228VD4. These two arrests confirming MURILLO's identity prompted an investigation by the Nelson County Sheriff's Office.

6. Record checks among ICE databases and indices bearing MURILLO's photographs and Alien Registration Number confirm the information set forth below. MURILLO is a citizen and native of Honduras by birth.

7. On May 13, 2013, MURILLO was encountered by the United States Border Patrol near Hidalgo, Texas.

8. On May 29, 2013, MURILLO was deported from the United States to Honduras, by an Expedited Removal. An Expedited Removal is a legal order that allows the United States Government to deport aliens without an immigration court hearing. An Expedited Removal is usually used for aliens who have been in the United States for less than two years. This deportation is documented on a Form I-205, a Warrant of Removal/Deportation.

12. A review of ICE databases and indices indicate that MURILLO has no application for permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to re-enter the United States following his May 29, 2013, removal.

**Conclusion**

13. Based on the above information, I believe that Vidal Ricardo MURILLO-Zuniga (A206509894) is an alien who has been found in the United States in Nelson County, in the Western District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, Section 1326(a).

ERIN R HUFFINES
Digitally signed by ERIN R HUFFINES
Date: 2025.02.14 11:34:49 -05'00'

Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

[3]

Sworn to in accordance with the requirements of Fed. R. Crim. P.4.1 by telephone this day of February 18, 2025.

*Colin Lindsay* (signature)

Colin H Lindsay, Magistrate Judge
United States District Court

[4]